IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-322-BO-KS

| | |
|---|---|
| BRANDEN HARGROVE ESTATE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRED ANDERSON TOYOTA OF )<br>SANFORD and REGIONAL )<br>ACCEPTANCE CORPORATION, )<br>)<br>Defendants. ) | O R D E R |

This cause comes before the Court on the memorandum and recommendation of United States Magistrate Judge Kimberly Swank regarding plaintiff's motion for leave to proceed *in forma pauperis*. Plaintiff has objected to the memorandum and recommendation (M&R) and moved to amend his complaint.

The M&R recommends denial of plaintiff's motion to proceed *in forma pauperis* because, in the original complaint, the plaintiff is listed as Branden Hargrove Estate, and an estate is not a natural person that qualifies for pauper status. [DE 5]. In response, plaintiff moved for leave to amend his complaint in order to proceed as himself, Branden Hargrove, as the proper party plaintiff. Amendment of the complaint is permitted under Fed. R. Civ. P. 15(a), and plaintiff's motion for leave to amend [DE 6] is GRANTED. The clerk is DIRECTED to file the amended complaint at [DE 6-1].

Accordingly, the M&R [DE 5] is REJECTED as MOOT as an amended complaint has been filed. *See* 28 U.S.C. § 636(b)(1)(C). The original motion for leave to proceed *in forma pauperis* [DE 2] is DENIED as MOOT. Plaintiff's renewed motion for leave to proceed *in forma pauperis*

[DE 9] is GRANTED. Plaintiff is DIRECTED to prepare summonses reflecting the proper party plaintiff and return them to the Clerk of Court for issuance. Once the summonses have been issued, the United States Marshal Service shall effect service on defendants. Fed. R. Civ. P. 4(c)(3).[1]

Plaintiff's emergency motion for status and request for ruling [DE 14] is DENIED as MOOT.

SO ORDERED, this 23 day of October 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] The ninety-day period for serving defendants under Fed. R. Civ. P. 4(m) commences on the date of entry of this order granting the motion to proceed *in forma pauperis*. *Robinson v. Clipse*, 602 F.3d 605, 608 (4th Cir. 2010); *Scott v. Maryland State Dep't of Lab.*, 673 F. App'x 299, 305 (4th Cir. 2016).

2